IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**

**U.S. District Court**
**District of Kansas**

06/29/2026

**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

SERGIO SANCHEZ GRANADOS,                    )
                                            )
                        Petitioner,         )
                                            )
        v.                                  )        Case No. 26-3109-JWL
                                            )
JACOB WELSH, Warden,                        )
        Chase Count Detention Center;       )
MATTHEW G. PUTRA, Acting Field              )
        Office Director, ICE;               )
TODD LYONS, Acting Director, ICE,           )
MARKWAYNE MULLIN, DHS Secretary; and        )
TODD BLANCHE, Acting Attorney General,      )
                                            )
                        Respondents.        )
                                            )
_____     )

## ORDER OF DISMISSAL

Petitioner, acting through counsel, filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenged immigration officials' revocation of his supervised release. Respondents filed an answer to the petition in which they stated that petitioner has been removed from the United States, and in which they argued that the case has therefore become moot. Neither Petitioner nor his counsel has filed a reply brief by the deadline or otherwise disputed that he has been removed or that the case is now moot. Accordingly, the Court hereby **dismisses the petition as moot**.

IT IS THEREFORE ORDERED BY THE COURT THAT the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed as moot**.


IT IS SO ORDERED.


Dated this 29th day of June, 2026, in Kansas City, Kansas.


/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge

2